358 F.2d 312
 Charles Alvin SOAPE and Esther Gatlin Soape, Appellants,
v.
LOUISIANA POWER & LIGHT CO. et al., Appellees.
 No. 22647.
 United States Court of Appeals Fifth Circuit.
 April 11, 1966.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; Robert A. Ainsworth, Jr., Judge.
 
 
 1
 Edgar Corey, George Leppert, New Orleans, La., for appellants.
 
 
 2
 Drury & Lozes, James H. Drury, New Orleans, La., for Employers' Liability Assur. Corporation, Limited, and W. R. Core.
 
 
 3
 Monroe & Lemann, Melvin I. Schwartzman, Andrew P. Carter, Eugene G. Taggart, W. Malcolm Stevenson, New Orleans, La., for Louisiana Power & Light Co.
 
 
 4
 Before JONES and BELL, Circuit Judges, and BREWSTER, District Judge.
 
 PER CURIAM:
 
 5
 No prejudicial error appearing in the trial of this diversity case, or in the judgment of the Court entered upon the verdict of the jury, that judgment is
 
 
 6
 Affirmed.